DANIEL J. BRODERICK, #89424
Federal Defender
ANN H. VORIS, Bar #100433
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
WESTLEY GRANT STEVENS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>WESTLEY GRANT STEVENS,  )<br>  )<br>Defendant.  )<br>  )<br>_____ ) | NO. 1:10-cr-0320 LJO<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER of DENIAL<br><br>Date: January 21, 2011<br>Time: 9:00 a.m.<br>Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for December 17, 2010, **may be continued to January 21, 2011, at 9:00 a.m.**

This reason for the continuance is to permit further negotiation and investigation. Additionally, there is no offer yet, as Assistant U.S. Attorney David Gappa is out of the office. Since the case is probably going to be set for trial, further expert evidence review will be necessary, along with the investigation of new motions including reconsideration based on new facts.

This continuance will conserve time and resources for both parties and the court.

///
///
///

1  The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2  justice, including but not limited to, the need for the period of time set forth herein for effective defense
3  preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(ii), and (iv).

```
                                        LAWRENCE BROWN
                                        United States Attorney


DATED:  December 15, 2010       By:    /s/ David Gappa
                                        DAVID GAPPA
                                        Assistant United States Attorney
                                        Attorney for Plaintiff


                                        DANIEL J. BRODERICK
                                        Federal Defender


DATED:  December 15, 2010       By:     /s/ Ann H. Voris
                                        ANN H. VORIS
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        Westley Grant Stevens
```

## **O R D E R**

The case is approaching 5 months in age.  There is no explanation why the investigation has not been completed, or the negotiations either fruitful or not fruitful.  There is nothing to suggest that the AUSA's absence from the office is anything but routine and scheduled time off.   While the Court plans to take a reasonable approach on how far in the future to set the matter for trial, the hearing on December 17, 2010 should be used to set such a trial date.

IT IS SO ORDERED.

**Dated:   December 15, 2010**           /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE