BENJAMIN B. WAGNER
United States Attorney
JEREMY R. JEHANGIRI
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
     United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WESTLEY GRANT STEVENS, )<br>)<br>Defendant. )<br>) | 1:10-CR-00320-LJO<br><br>FINAL ORDER OF FORFEITURE |

WHEREAS, on July 27, 2011, the Court entered a Preliminary Order of Forfeiture, pursuant to the provisions of 18 U.S.C. § 2253, based upon the plea agreement entered into between plaintiff and defendant Westley Grant Stevens forfeiting to the United States the following property:

      a.   Dell Inspirion 6400 Laptop, Serial No. WM394AB6.

AND WHEREAS, beginning on September 3, 2011, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the

1 notice for a hearing to adjudicate the validity of their alleged
2 legal interest in the forfeited property;
3     AND WHEREAS, the Court has been advised that no third party
4 has filed a claim to the subject property, and the time for any
5 person or entity to file a claim has expired.
6     Accordingly, it is hereby ORDERED and ADJUDGED:
7     1.   A Final Order of Forfeiture shall be entered forfeiting
8 to the United States of America all right, title, and interest in
9 the above-listed property pursuant to 18 U.S.C. § 2253, to be
10 disposed of according to law, including all right, title, and
11 interest of Westley Grant Stevens.
12     2.   All right, title, and interest in the above-listed
13 property shall vest solely in the name of the United States of
14 America.
15     3.   The United States Marshals Service shall maintain
16 custody of and control over the subject property until it is
17 disposed of according to law.
18
19 IT IS SO ORDERED.
20 **Dated:   January 6, 2012**           /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE